UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARLOS VANEGAS,

        Plaintiff,

       -against-

COMMISSIONER OF SOCIAL SECURITY,

       Defendant.

**ORDER**

16-CV-09344 (PMH)

PHILIP M. HALPERN, United States District Judge:

The parties have not filed anything in this matter since June 2017. Accordingly, the parties are directed to file a joint letter advising on the status of this matter by February 12, 2021. Defendant is directed to serve a copy of this Order on Plaintiff and file proof of service on the docket before 5:00 p.m. on February 1, 2021.

Dated:   New York, New York
        January 29, 2021

                            PHILIP M. HALPERN
                            United States District Judge