UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARLOS VANEGAS,

               Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

               Defendant.

**ORDER**

16-CV-09344 (PMH)

PHILIP M. HALPERN, United States District Judge:

On January 29, 2021, the Court directed the parties to "file a joint letter advising on the status of this matter by February 12, 2021." (Doc. 18). The Court also directed the Commissioner to "serve a copy of this Order on Plaintiff and file proof of service on the docket before 5:00 p.m. on February 1, 2021." (*Id*.). The Commissioner did not comply with the Court's directive.

On February 12, 2021, the Commissioner "request[ed] a two-week extension of time to confer with the plaintiff as to the resolution of this action . . . ." (Doc. 19). The Commissioner sought this extension because counsel had "not yet been able to reach the plaintiff, who is appearing *pro se* in this action . . . ." (*Id*.). The Commissioner noted that although the matter was remanded, the assigned administrative law judge issued an Order of Dismissal on January 11, 2018 that dismissed Plaintiff's request for a hearing after neither Plaintiff nor his counsel appeared for a scheduled hearing. (*Id*.). The Court granted the Commissioner's request on February 16, 2021, extended the time to file a status letter to February 26, 2021, and directed the Clerk of the Court to mail a copy of the Order to Plaintiff. (Doc. 20).

The deadline to file a status letter expired over a week ago, and neither party has communicated with the Court in any way. Moreover, the copy of the Order mailed to Plaintiff by

2

the Clerk of the Court was returned "for the following reason(s): Return To Sender Not Deliverable As Addressed Unable Forward." (Mar. 1, 2021 Entry).

    The Commissioner is directed to file a letter advising on the status of this matter before 5:00 p.m. on March 9, 2021. The Clerk of the Court is respectfully directed to mail a copy of this Order, the Court's February 16, 2021 Order (Doc. 20), and the Court's January 29, 2021 Order (Doc. 18) to Plaintiff.

Dated:  White Plains, New York
        March 8, 2021

_____
PHILIP M. HALPERN
United States District Judge