UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLOS VANEGAS, | |
| Plaintiff, | **ORDER** |
| -against- | 16-CV-09344 (PMH) |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

PHILIP M. HALPERN, United States District Judge:

On June 8, 2021, the Court issued an Order directing the Commissioner "to serve and file a letter providing an update regarding the status of proceedings on remand on or before July 23, 2021." (Doc. 28). The Court also directed the Commissioner to serve a copy of that Order on Plaintiff and file proof of service on the docket by 5:00 p.m. on June 9, 2021. (*Id.*). As of the date of this Order, the Commissioner has filed neither the status letter nor the proof of service. This is at least the third time in this action the Commissioner has failed to comply with this Court's directives. (*See* Doc. 21; Doc. 26).

The Commissioner shall serve and file a letter by 5:00 p.m. today, August 2, 2021, providing an update regarding the status of proceedings on remand.

The Clerk of the Court is respectfully directed to mail a copy of this Order to Plaintiff.

Dated: White Plains, New York
August 2, 2021

_____
PHILIP M. HALPERN
United States District Judge